

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## NEWPORT NEWS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | DOCKET NO. 4:19-MJ-145 |
| ) | (Misdemeanor) |
| JOHNNY C. NOBLES ) | VA 19 |
| ) | |
| ) | Court Date: September 23, 2019 |
| ) | Time: 8:30 a.m. |

### CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor) Ticket No. 8091628

THE UNITED STATES ATTORNEY CHARGES:

That on or about July 18, 2019, at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, JOHNNY C. NOBLES did illegally transport a dangerous weapon, to wit: a pistol within the confines of Fort Eustis, Virginia, in violation of Exhibit 1 to TAB A to Appendix 5 to Annex C to the 633D Air Base Wing Joint Base Langley-Eustis Integrated Defense Plan, dated November 2, 2017. (In

violation of Title 50, United States Code, Section 797.)

                                            G. ZACHARY TERWILLIGER
                                            UNITED STATES ATTORNEY

By:    */s/ Stacey Jacovetti*
        STACEY N. JACOVETTI
        Attorney for the Government
        United States Attorney's Office
        2732 Madison Avenue
        Fort Eustis, Virginia 23604
        Phone: (757) 878-2205, ext 234
        Fax: (757) 878-5289
        stacey.n.jacovetti.mil@mail.mil

## CERTIFICATE OF SERVICE

I certify that on Sep 5, 2019, I served a true copy of the foregoing CRIMINAL INFORMATION on Mr. Lawrence Bragg, counsel for the defendant JOHNNY C. NOBLES.

By: _____
STACEY N. JACOVETTI
Attorney for the Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-2205, ext 234
Fax: (757) 878-5289
stacey.n.jacovetti.mil@mail.mil